IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARRICO A. SYKES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-06-416-L |
| | ) |
| FCI-EL RENO, et al, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

This matter is before the court for review of the Report and Recommendation entered by the Honorable Doyle W. Argo on June 30, 2006, in which he recommended that this action be dismissed due to plaintiff's failure to pay the initial filing fee or to show cause for his failure to do so. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed and, to date, plaintiff has failed to respond to the Report and Recommendation. Having conducted a *de novo* review of this matter, the court finds that the Report and Recommendation should be adopted in its entirety. This action is therefore dismissed without prejudice. Judgment will issue accordingly.

It is so ordered this 1st day of August, 2006.

*Tim Leonard*
TIM LEONARD
United States District Judge